UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO N. CORRO, | Case No. EDCV 10-499 SVW(JC) |
| Petitioner, | (PROPOSED) JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 5/11/11

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE